UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMENIC VILELA,<br><br>　　　　Plaintiff<br><br>v.<br><br>CITY OF HENDERSON and JEREMY C. COOLEY,<br><br>　　　　Defendants | Case No.: 2:22-cv-00433-APG-DJA<br><br>**Order Denying Second Motion for Reconsideration and Related Motions**<br><br>[ECF Nos. 33, 34, 38] |

　　　　I previously remanded this case to the state court because this federal court lacks jurisdiction over it. ECF No. 19.  Plaintiff Domenic Vilela moved for reconsideration of my order (ECF No. 21), which I denied (ECF No. 25).  Vilela then filed an objection to my order (ECF No. 26) and a motion for relief under Federal Rule of Civil Procedure 60(b)(6) (ECF No. 27).  I denied both of those. ECF No. 32.  Vilela now moves (1) for reconsideration of that order, (2) for a ruling on his motion for reconsideration, and (3) to strike the defendants' response to his motion for reconsideration. ECF Nos. 33, 34, 38.  Vilela also filed a notice of appeal regarding my last order. ECF No. 39.

　　　　As I have ruled before, this court lacks jurisdiction over this matter.  Vilela's arguments to the contrary lack merit.  I decline to reconsider my prior orders.  Vilela's motion to strike the defendants' response is likewise meritless.

　　　　I previously told Vilela he must not file any further motions in this federal case. ECF No. 32 at 2.  Vilela has ignored that direction and filed his present motions.  I will ignore any further motions or papers Vilela files in this case, and the defendants need not respond to them.  Indeed,

because Vilela has filed a notice of appeal, I am divested of jurisdiction to consider any further filings. Therefore, Vilela should not file any further motions in this federal case in this court.

I THEREFORE ORDER that Domenic Vilela's motion for reconsideration, motion for ruling, and motion to strike **(ECF Nos. 33, 34, 38) are DENIED.**

I FURTHER ORDER the clerk of court to close this case and to accept no further filings in this case except as relate to any appeal.

DATED this 9th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE